B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of New Hampshire

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Granite State Plasma Cutting Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **02-0483524** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **1412 NH Rte 175** **Holderness, NH**  ZIP Code **03245** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code |
| County of Residence or of the Principal Place of Business: **Grafton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **P.O. Box 89** **Plymouth, NH**  ZIP Code **03264** | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

### Chapter 11 Debtors

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Granite State Plasma Cutting Ltd. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)          Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Granite State Plasma Cutting Ltd.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ William S. Gannon BNH 01222**
Signature of Attorney for Debtor(s)

**William S. Gannon BNH 01222 0892**
Printed Name of Attorney for Debtor(s)

**William S. Gannon PLLC**
Firm Name

**889 Elm Street, 4th Floor**
**Manchester, NH 03101**

_____
Address

Email: bgannon@gannonlawfirm.com
**603 621-0833**
Telephone Number

**November 6, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Raymond F. Harmony**
Signature of Authorized Individual

**Raymond F. Harmony**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 6, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of New Hampshire

In re  **Granite State Plasma Cutting Ltd.**                Case No.
                                    Debtor(s)               Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Airgas Specialty Products f/k/a Merriam Graves** P.O. Box 827049 Philadelphia, PA 19182 | **Airgas Specialty Products f/k/a Merriam Graves** P.O. Box 827049 Philadelphia, PA 19182 | | | 6,891.22 |
| **American Express** P.O. Box 360001 Fort Lauderdale, FL 33336-0001 | **American Express** P.O. Box 360001 Fort Lauderdale, FL 33336-0001 | | | 27,882.16 |
| **Anthem Blue Cross & Blue Shield** P.O. Box 1168 Newark, NJ 07101-1168 | **Anthem Blue Cross & Blue Shield** P.O. Box 1168 Newark, NJ 07101-1168 | | | 20,110.00 |
| **Barton** P.O. Box 62516 Baltimore, MD 21264-2516 | **Barton** P.O. Box 62516 Baltimore, MD 21264-2516 | | | 2,248.40 |
| **Cardmember Service** P.O. Box 15153 Wilmington, DE 19886-5153 | **Cardmember Service** P.O. Box 15153 Wilmington, DE 19886-5153 | | | 17,500.00 |
| **Clean Rentals Inc.** P.O. Box 63070 New Bedford, MA 02746-0899 | **Clean Rentals Inc.** P.O. Box 63070 New Bedford, MA 02746-0899 | | | 10,835.25 |
| **Cohen Steel Supply, Inc.** P.O. Box 1744 10 Basin Street Concord, NH 03302-1744 | **Cohen Steel Supply, Inc.** P.O. Box 1744 10 Basin Street Concord, NH 03302-1744 | | | 12,006.67 |
| **Cynthia M. Dussault LLC** P.O. Box 209 60 Langdon Street Plymouth, NH 03264 | **Cynthia M. Dussault LLC** P.O. Box 209 60 Langdon Street Plymouth, NH 03264 | | | 10,655.00 |
| **Dead River Company** P.O. Box 6100 Lewiston, ME 04243-6100 | **Dead River Company** P.O. Box 6100 Lewiston, ME 04243-6100 | | | 3,145.48 |
| **Donbeck Sales** P.O. Box 235 Epsom, NH 03234 | **Donbeck Sales** P.O. Box 235 Epsom, NH 03234 | | | 2,201.56 |

**B4** (Official Form 4) (12/07) - Cont.
In re   **Granite State Plasma Cutting Ltd.**                             Case No. _____
               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Entegee Inc.<br>Engineering Technical Group<br>P.O. Box 4410<br>Boston, MA 02211 | Entegee Inc.<br>Engineering Technical Group<br>P.O. Box 4410<br>Boston, MA 02211 | | | 2,280.00 |
| Harmony Land Holdings LLC<br>P.O. Box 89<br>Plymouth, NH 03264 | Harmony Land Holdings LLC<br>P.O. Box 89<br>Plymouth, NH 03264 | | | 190,198.30 |
| Haun Welding Supply Inc.<br>5921 Court Street Road<br>Syracuse, NY 13206 | Haun Welding Supply Inc.<br>5921 Court Street Road<br>Syracuse, NY 13206 | | | 5,995.07 |
| HMGS Finance | HMGS Finance | | | 6,993.60 |
| II-VI Incorporated<br>P.O. Box 640675P<br>Pittsburgh, PA 15264-0675 | II-VI Incorporated<br>P.O. Box 640675P<br>Pittsburgh, PA 15264-0675 | | | 4,349.43 |
| Mantis Electropolish<br>P.O. Box 6695<br>160 Presumpscott Street<br>Portland, ME 04102 | Mantis Electropolish<br>P.O. Box 6695<br>160 Presumpscott Street<br>Portland, ME 04102 | | | 2,095.00 |
| New Hampshire Employment Security<br>Legal Section<br>45 South Fruit Street<br>Concord, NH 03301-4857 | New Hampshire Employment Security<br>Legal Section<br>45 South Fruit Street<br>Concord, NH 03301-4857 | | | 19,472.47 |
| NH DRA<br>P.O. Box 637<br>Concord, NH 03302-0637 | NH DRA<br>P.O. Box 637<br>Concord, NH 03302-0637 | | | 6,300.00 |
| NH Electric Cooperative<br>P.O. Box 9612<br>Manchester, NH 03108 | NH Electric Cooperative<br>P.O. Box 9612<br>Manchester, NH 03108 | | | 24,681.00 |
| Wright Express Universal Fleet<br>Fleet Fueling<br>P.O. Box 6293<br>Carol Stream, IL 60197-6293 | Wright Express Universal Fleet<br>Fleet Fueling<br>P.O. Box 6293<br>Carol Stream, IL 60197-6293 | | | 4,788.48 |

B4 (Official Form 4) (12/07) - Cont.

In re **Granite State Plasma Cutting Ltd.**  Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 6, 2014**   Signature **/s/ Raymond F. Harmony**
**Raymond F. Harmony**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
ABRASIVES & TOOLS OF NH INC
P.O. BOX 1853
Concord, NH 03302

Airgas Specialty Products
f/k/a Merriam Graves
P.O. Box 827049
Philadelphia, PA 19182

Ally Financial
Payment Processing Center
Phoenix, AZ 85062-5234

Ally Financial
Payment Processing Center
P.O. Box 78234
Phoenix, AZ 85062-5234

AM Rand Company
71 Main Street
Plymouth, NH 03264

American Express
P.O. Box 360001
Fort Lauderdale, FL 33336-0001

Anthem Blue Cross & Blue Shield
P.O. Box 1168
Newark, NJ 07101-1168

Argon Masking Corporation
345 West Chestnut Ave
Monrovia, CA 91016

Barton
P.O. Box 62516
Baltimore, MD 21264-2516

Bodycote Thermal Processing Inc.
P.O. Box 842529
Boston, MA 02284-2529

BTS Patriot
P.O. Box 846156
Boston, MA 02284-6156

Cannon Solutions
326 Harlow Street
Bangor, ME 04401

Canon Solution America
P.O. Box 417712
Boston, MA 02241-7712
```

```
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153

Chaewick-BaRoss
237 Sheep Davis Road
Concord, NH 03301

Clean Aire Technology Inc.
P.O. Box 380
Belmont, NH 03220

Clean Rentals Inc.
P.O. Box 63070
New Bedford, MA 02746-0899

Cohen Steel Supply, Inc.
P.O. Box 1744
10 Basin Street
Concord, NH 03302-1744

Crystal Rock Bottled Water
1050 Buckingham Street
Watertown, CT 06795-1631

CS Hyde Company
1351 North Milwaukee Avenue
Lake Villa, IL 60046

Cynthia M. Dussault LLC
P.O. Box 209
60 Langdon Street
Plymouth, NH 03264

DE Lage Laden
P.O. Box 41602
Philadelphia, PA 19101-1602

Dead River Company
P.O. Box 6100
Lewiston, ME 04243-6100

Donbeck Sales
P.O. Box 235
Epsom, NH 03234

Energy North Propane
75 Regional Drive
Concord, NH 03301

Entegee Inc.
Engineering Technical Group
P.O. Box 4410
Boston, MA 02211
```

```
Epicor Software Corp
Department 1547
Los Angeles, CA 90084-1547

Exact Software
1948 Paysphere Circle
Chicago, IL 60674

FEDEX
P.O. Box 371461
Pittsburgh, PA 15250-7461

Fred V. Fowler Company Inc.
66 Rowe Street
Auburndale, MA 02466-0996

G&K Services-Manchester Inc.
P.O. Box 842385
Boston, MA 02284-2385

Geier and Bluhm
9 New Turnpike Road
Troy, NY 12182

Harmony Land Holdings LLC
P.O. Box 89
Plymouth, NH 03264

Haun Welding Supply Inc.
5921 Court Street Road
Syracuse, NY 13206

HMGS Finance


HMGS Finance LLC
205 East Butterfield Road
Suite 205
Elmhurst, IL 60126

II-VI Incorporated
P.O. Box 640675P
Pittsburgh, PA 15264-0675

Industrial Plastics Inc.
9B Presidential Way
Woburn, MA 01801

INPRO INC.
P.O. Box 1087
Windham, ME 04062
```

Ken-weld Company Inc.
68 Albany Street
P.O. Box 15021
Worcester, MA 01615-0021

Kirk's Truck & Auto Center
P.O. Box 130
495 Tenney Mountain Highway
Plymouth, NH 03264

KMT Waterjet Systems Inc.
P.O. Box 643986
Pittsburgh, PA 15264-3986

Lehigh Safety Shoe Co.
P.O. Box 371958
Pittsburgh, PA 15250-7958

Liberty Mutual
P.O. Box 2051
Keene, NH 03431

LRGHealthcare
80 Highland Street
Laconia, NH 03246

MAC Funding Corporation
P.O. Box 513285
Los Angeles, CA 90051-3285

Maine Oxy
22 Albiston Way
Auburn, ME 04210

Mantis Electropolish
P.O. Box 6695
160 Presumpscott Street
Portland, ME 04102

Masterman's
Auburn Industrial Park
P.O. Box 411
Auburn, MA 01501-0411

MC Machinery Systems Inc.
1500 Michael Drive
Wood Dale, IL 60191

Motion Industries, Inc.
P.O. Box 414444
Boston, MA 02241

MS Inserts & Fasteners
24310 Garnier Street
Torrance, CA 90505

```
NAPA Plymouth Auto Supply
17 So Main Street
Plymouth, NH 03264

New England Motor Freight
I-71 North Avenue East
P.O. Box 6031
Elizabeth, NJ 07207-6031

New Hampshire Employment Security
Legal Section
45 South Fruit Street
Concord, NH 03301-4857

NH DRA
P.O. Box 637
Concord, NH 03302-0637

NH Electric Cooperative
P.O. Box 9612
Manchester, NH 03108

NorthStar Leasing Company
P.O. Box 4505
Burlington, VT 05406

Packard Machinery Co., Inc.
P.O. Box 1618
Westford, MA 01886

Parker Chomerics
7895 Collection Center Drive
Chicago, IL 60693

Peachtree Software
P.O. Box 850
Milton, WA 98354

Pitney Bowes Global Financial Services
P.O. Box 371887
Pittsburgh, PA 15250-7887

Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042

Ricoh Americas Corporation
5 Dedrick Place
Caldwell, NJ 07006

ROLLED ALLOYS
DEPT 33901
P.O. BOX 67000
Detroit, MI 48267-0339
```

Safety & Health Council of NH
163 Manchester Street, Suite D
Concord, NH 03301

Southwestern Industries Inc.
2615 Homestead Pl
Rancho Dominguez, CA 90220-5610

Speare Memorial Hospital
16 Hospital Road
Plymouth, NH 03264

Speare Physician Practices
P.O. Box 32
Andover, NH 03216

Travers Tool
P.O. Box 36114
Newark, NJ 07188-6114

Vitex Extrusion
VEC Acquisition LLC
P.O. Box 842564
Boston, MA 02284-2564

Waste Management
P.O. Box 13648
Philadelphia, PA 19101

Wright Express Universal Fleet
Fleet Fueling
P.O. Box 6293
Carol Stream, IL 60197-6293

WW Grainger Inc.
Dept. 836597237
Palatine, IL 60038-0001

# United States Bankruptcy Court
## District of New Hampshire

In re  **Granite State Plasma Cutting Ltd.**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Granite State Plasma Cutting Ltd.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 6, 2014**  
Date

**/s/ William S. Gannon BNH 01222**  
**William S. Gannon BNH 01222**  
Signature of Attorney or Litigant  
Counsel for  **Granite State Plasma Cutting Ltd.**  
**William S. Gannon PLLC**  
**889 Elm Street, 4th Floor**  
**Manchester, NH 03101**  
**603 621-0833**  
**bgannon@gannonlawfirm.com**